# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
ramsha@csm-legal.com

December 12, 2022

**VIA ECF**
Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Tapia et al v. Haat Bazaar Inc. et al
Index No. 21-cv-00539-AMD-PK

Your Honor:

This office represents Plaintiffs in the above referenced matter. This letter is written pursuant to Your Honor's Order dated December 12, 2022. This letter shall confirm that Michael Faillace will not receive any portion of the attorney's fees pursuant to the settlement.

Should Your Honor have any further questions or concerns regarding this settlement, Plaintiffs are happy to address them.

Respectfully Submitted,

*/s/ Ramsha Ansari*
Ramsha Ansari, Esq.
60 East 42nd Street, Suite 4510
New York, NY 10165
Tel. No.: (212) 317-1200
*Attorneys for Plaintiffs*

CC:

VIA EMAIL:

Haat Bazaar Inc.
mohsinnoni@yahoo.com

Monsur Chowdhury
mohsinnoni@yahoo.com

*Certified as a minority-owned business in the State of New York*

Sowkat Badal
mohsinnoni@yahoo.com

Keshab Kumar Sarker
mohsinnoni@yahoo.com

Mohammad Bhuiyan
mohsinnoni@yahoo.com